**E-filed 10/04/06**

Gary Jay Kaufman, Esq.      State Bar No. 92759
Dana Milmeister, Esq.       State Bar No. 167307
Marijana Stanojevic, Esq.   State Bar No. 222425
THE KAUFMAN LAW GROUP
1925 Century Park East, Suite 2350
Los Angeles, California 90067

Telephone: (310) 286-2202
Facsimile: (310) 712-0023
Email:     gary@garyjkaufmanlaw.com

Attorneys Specially Appearing For Defendant,
Carolynne Tilga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL L. BALSAM, an individual, | Case No. C06 04114 JF |
| Plaintiff, | STIPULATION TO CONTINUE PRE-TRIAL DATES; [PROPOSED] ORDER THEREON |
| vs. | |
| ANGELES TECHNOLOGY, INC., a Nevada corporation; FUTURECAST MEDIA LLC, a New Mexico limited liability corporation; ONE WORLD MEDIA LLC, a New Mexico limited liability corporation; CAROLYNNE TILGA, an individual; GRANT SIMMONS, an individual; JOHN SOLAMITO, an individual; *et al.* and DOES 1 to 100, | |
| Defendants. | |

1   Defendant Carolynne Tilga, specially appearing through her counsel, The
2   Kaufman Law Group, Gary Jay Kaufman, Esq. and Plaintiff Daniel Balsam, through
3   his counsel Walton & Roess, LLP, Timothy Walton, Esq., hereby stipulate as
4   follows:
5   The parties agree that this stipulation does not constitute a general appearance
6   by Defendant Tilga, and it is not a consent to the exercise of the Court's jurisdiction
7   over her, but rather is entered merely to preserve judicial economy;
8   WHEREAS, Plaintiff recently filed a first amended complaint naming
9   numerous additional defendants, who have not been served;
10  WHEREAS, Defendant Tilga has scheduled a hearing on her motion to
11  dismiss the first amended complaint for, *inter alia*, lack of personal jurisdiction on
12  December 1, 2006. The parties, through their counsel, agree that Tilga's response to
13  the complaint (moving papers) must be filed and served on or before October 27,
14  2006.
15  Additionally, the parties request that the Court continue the case management
16  conference to be heard at least 28 days after the hearing on Defendant Tilga's
17  motion to dismiss for lack of jurisdiction, as Defendant Tilga does not believe that
18  the Court has jurisdiction of this matter and objects to participating in the lawsuit
19  before the Court rules on the jurisdictional issue.
20  Accordingly, the parties request that the Court schedule the case management
21  conference on or after December 28, 2006.
22  Separately, Defendant Tilga's counsel requests that the Court allow them to
23  appear by telephone at the hearing on Defendant Tilga's motion to dismiss on
24  December 1, and to appear by telephone at the case management conference if the
25  first amended complaint is not dismissed. Plaintiff does not object to Defendant
26  Tilga's counsel appearance by telephone.
27  ///
28  ///

Stipulation And Proposed Order Thereon

1  Dated: September 29, 2006        THE KAUFMAN LAW GROUP
2
3                                    By: _____
4                                        Gary Jay Kaufman
                                     Attorneys Specially Appearing for Defendant,
5                                    Carolynne Tilga

6  Dated: October 2, 2006            WALTON & ROESS, LLP
7
8                                    By: _____
9                                        Timothy Walton
                                     Attorneys for Plaintiff, Daniel Balsam
10

11                              O R D E R

12       IT IS HEREBY ORDERED THAT Defendant Carolynne Tilga's response to
13  the first amended complaint must be filed and served on or before October 27, 2006.
14       IT IS FURTHER ORDERED THAT the case management conference
15  ("CMC") is continued to 1/12/07 at 10:30 AM.
16       IT IS FURTHER ORDERED THAT at least 21 days before the CMC, the
17  parties shall meet and confer re: initial disclosures, early settlement, ADR process
18  selection, and discovery plan; file ADR Certification signed by Parties and Counsel;
19  and file either Stipulation to ADR Process or Notice Of Need For ADR Phone
20  Conference;
21       IT IS FURTHER ORDERED THAT at least 7 days before the CMC is the
22  last day for the parties to complete initial disclosures or state objection in Rule 26(f)
23  Report, file Case Management Statement and file Rule 26(f) Report.
24  DATED: 10/3/06
25
26
27                                    _____
                                      Hon. Jeremy Fogel
28