UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DANIEL L. BALSAM, an individual, | ) Case No. C06-04114 JF |
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~] ORDER ALLOWING ) PARTIES TO APPEAR ) TELEPHONICALLY AT HEARING |
| ANGELES TECHNOLOGY, INC., a Nevada corporation; FUTURECAST MEDIA LLC, a New Mexico limited liability corporation; ONE WORLD MEDIA LLC, a New Mexico limited liability corporation; CAROLYNNE TILGA, an individual; GRANT SIMMONS, an individual; JOHN SOLAMITO, an individual; and DOES 1 to 100, | ) ON MOTION TO DISMISS AND CASE ) MANAGEMENT CONFERENCE ) ) Defendant Tilga's Motion To Dismiss: ) Date: December 1, 2006 (Reserved) ) Time: 9:00 a.m. ) Ctrm: 3 ) ) Case Management Conference: ) Date: January 12, 2007 ) Time: 10:30 a.m. |
| Defendants. | ) Ctrm: 3 |

_____
[Proposed] Order

**ORDER**

In a previous stipulation filed on October 4, 2006 and signed by counsel for Plaintiff and specially appearing defendant Carolynne Tilga ("Tilga"), Tilga requested that the Court allow the parties to appear by telephone at the hearing on Defendant Tilga's motion to dismiss on December 1, 2006 and to appear by telephone at the case management conference if the first amended complaint is not dismissed.

IT IS ORDERED that the parties may appear via telephone at the hearing on Tilga's motion to dismiss on December 1, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that the parties may appear via telephone at the case management conference on January 12, 2007 at 10:30 a.m.

Dated: 11/28/06

_____
Hon. Jeremy Fogel

_____
[Proposed] Order