1  John A. Mayers, Esq./CSB #149149
   MULVANEY, KAHAN & BARRY
2  401 West A Street, 17th Floor
   San Diego, CA 92101-7994
3  Telephone: 619 238-1010
   Facsimile: 619 238-1981
4
   Attorneys for Plaintiff Daniel L. Balsam





8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 Daniel L. Balsam,
                                          CASE NO. 06-04114 JF
12            Plaintiff,
                                          ORDER DIRECTING U.S. MARSHALL TO
13      v.                                SERVE AND LEVY ON WRIT

14 Angeles Technology, Inc., Futurecast
   Media LLC, One World Media LLC,
15 Grant Simmons, and John Solamito,

16            Defendants.

17

18      TO THE U.S. MARSHAL, PORTLAND, OREGON:

19      You are hereby ordered to serve and levy upon the Writ of Execution in the

20 above captioned matter on the account of the debtor(s) located at:  U.S. Bank

21 Garnishment Department, 410 SW Harrison, Portland, OR 97201, all assets in the

22 name of judgment debtor(s) John Solamito and/or Angeles Technology, Inc., and/or

23 Futurecast Media LLC, and/or One World Media LLC, and/or Grant Simmons.

24      IT IS SO ORDERED.

25      DATED:  5-19-09            By: _____

26
                                   Judge of the United States District Court
27

28

ORDER                                                      Case No. 06-04114 JF
AMS 133.204709.1