1  Lawrence C. Locker, Esq. (SBN: 151504)
   llocker@summitlaw.com
2  SUMMIT LAW GROUP
   315 Fifth Ave S, #1000
3  Seattle, WA  98104-2682
   Telephone: (206) 676-7000;
4  Facsimile: (206) 676-7001

5  Brian T. Hafter, Esq. (SBN: 173151)
   bhafter@linerlaw.com
6  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
7  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
8  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701

9
   Attorneys for Defendant
10 JOHN SOLAMITO

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DANIEL L. BALSAM, an individual, | Case No. C06 04114 JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOHN SOLAMITO** |
| vs. | |
| ANGELES TECHNOLOGY, INC., a Nevada corporation; FUTURECAST MEDIA LLC, a New Mexico limited liability corporation; ONE WORLD MEDIA LLC, a New Mexico limited liability corporation; CAROLYNNE TILGA, an individual; GRANT SIMMONS, an individual; JOHN SOLAMITO, an individual; BELVEDERE ST. JAMES LTD., a Maltese corporation; LUCINA S.L., a Spanish business entity of unknown organization; JHON *[sic]* BROWN, an individual; ROSIE BEER, an individual; SAM VAN, an individual; DANIEL MARCUS, an individual; JASON SMITH, an individual; MARY JAMESON, an individual; BRIAN LONG, an individual; ROD HEATHER, an individual; ELLE JANE, an individual; JOSE BEFF, an individual; CARL SEYMORE, an individual; ROBERT SMITH, an individual; and DOES 1-100, | |
| Defendants. | |

1  Pursuant to the parties' Stipulated Request for Dismissal with Prejudice, the
2  Court hereby ORDERS as follows:
3  1. Plaintiff Daniel L. Balsam's ("Plaintiff") claims against Defendant John
4  Solamito ("Solamito") are hereby dismissed with prejudice, with each side to bear its
5  own respective attorneys' fees and costs; and
6  2. This Order shall not impact Plaintiff's claims against any party other
7  than Solamito.
8  IT IS SO ORDERED.

10  Dated: __10/22__, 2009   _____
11                            The Honorable Jeremy Fogel
                              U.S. District Court Judge